UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 98CR0660-JM-01 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER CONTINUING HEARING** |
| ) | |
| STEVEN EDMUND LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon the joint motion of counsel (Docket No. 48) and for good cause shown, **IT IS HEREBY ORDERED** that the hearing currently scheduled before Judge Miller on December 12, 2008 be rescheduled to **December 18, 2008, at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: December 11, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge